1                                           THE HONORABLE RICARDO S. MARTINEZ

2

3                     UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
4                             AT SEATTLE

5
UNITED STATES OF AMERICA,      )
6                              )
           Plaintiff,          )   No. CR06-159RSM
7                              )
           vs.                 )
8                              )
BERNARD R. CASEY,              )   ORDER GRANTING DEFENDANT'S
9                              )   MOTION TO CONTINUE TRIAL
           Defendant.          )   AND PRETRIAL MOTIONS
10 _____)   DEADLINE

11
            Before this court is the defendant's motion for
12
continuance of the trial which is presently scheduled to
13
commence on July 18, 2006.  The defendant requires additional
14
time so that further work may be done on pretrial motions; so
15
that witnesses may be located, interviewed and secured for
16
testimony at trial; and that defendant may complete trial
17
preparation.  The government has filed no opposition or
18
objection to the present motion.
19
            That the court finds, after a consideration of all
20
relevant information and the circumstances of this case, that
21
without this continuance the defendant will be prejudiced and
22
the ability to properly prepare for trial would be impaired.
23
Failure to grant a continuance under these circumstances would
24
result in a miscarriage of justice. The ends of justice would
25

ORDER GRANTING DEFENDANT'S MOTION                LAW OFFICES OF
TO CONTINUE TRIAL DATE AND                  MONTE E. HESTER, INC., P.S.
PRETRIAL MOTIONS DEADLINE - 1             1008 SOUTH YAKIMA AVENUE, SUITE 302
                                            TACOMA, WASHINGTON  98405
                                                 (253) 272-2157

best be served by the granting of the motion for continuance. The ends of justice outweigh the best interests of the public and the defendant in having the matter brought to trial sooner.  For these reasons, the court finds the defendant's motion for continuance should be granted. The trial scheduled for July 18, 2006 is VACATED.  Trial shall be RESCHEDULED TO October 23, 2006 in Seattle, Washington.  It is further ORDERED that pretrial motions cutoff date of June 15, 2006 is EXTENDED to August 11, 2006.

Any and all period of delay resulting from the granting of this continuance, from the date of the filing of the defendant's motion until the date of the rescheduled trial, shall be excludable time pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and (h)(8)(A).

IT IS SO ORDERED.

DONE IN OPEN COURT this 16th day of June, 2006.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

LAW OFFICES OF MONTE E.
   HESTER, INC., P.S.
Attorneys for Defendant
By: ____/s/_____
    Wayne C. Fricke
    WSB #16550

ORDER GRANTING DEFENDANT'S MOTION
TO CONTINUE TRIAL DATE AND
PRETRIAL MOTIONS DEADLINE – 2

LAW OFFICES OF
MONTE E. HESTER, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON  98405
(253) 272-2157