Judge Martinez

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) NO. CR06-0159RSM |
| v. | ) ORDER TO VACATE THE |
| BERNARD CASEY, | ) INTERLOCUTORY SALE ORDER OF THE |
| Defendants. | ) REAL PROPERTY KNOWN AS LOTS 6 and 7, BLOCK 15 OF BAYVIEW, RUSTON, WASHINGTON AND TO DISMISS THE FORFEITURE ACTION AS TO THE REAL PROPERTY |
| (Title may be vested in the name of Bernard Casey) | ) |

THIS MATTER having come on by motion of Plaintiff, United States of America, to vacate the Order for the interlocutory sale of the real property located at 5300XXX North Court Street, Ruston, Washington, and known as Lots 6 and 7, Block 15 of Bayview, Ruston, Washington, and to dismiss the forfeiture action as to the above identified real property based on disputed property lot lines and the placement of fences which have resulted in the inability of the government to pass clear title, and the fact these issues that will need to be resolved before the property can be sold and clear title passed to any prospective purchaser of the real property located at 5300XXX North Court Street, Ruston, Washington.

\\

ORDER TO VACATE THE INTERLOCUTORY SALE
AND TO DISMISS THE FORFEITURE ACTION - 1
(CR06-159RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  It is hereby

2  ORDERED this Court's Order for Interlocutory Sale entered on August 28, 2006 is

3  vacated, and the government's motion to dismiss the real property located at 5300XXX

4  North Court Street, Ruston, Washington, and known as Lots 6 and 7, Block 15 of Bayview,

5  Ruston, Washington from the indictment in this case is GRANTED.

6  DATED this _26_ day of _June_, 2007.

                                                     RICARDO S. MARTINEZ
                                                     UNITED STATES DISTRICT JUDGE

Presented by:

  /s/ Richard E. Cohen
RICHARD E. COHEN
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone:    206-553-2242
Fax No.:      206-553-6934
Email:        Richard.E.Cohen@usdoj.gov


  /s/ Susan M. Roe
SUSAN M. ROE
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Telephone:    206-553-7970
Fax No.:      206-553-4440
Email:        Susan.Roe@usdoj.gov

ORDER TO VACATE THE INTERLOCUTORY SALE
AND TO DISMISS THE FORFEITURE ACTION - 2
(CR06-159RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# EXHIBIT A

LEGAL DESCRIPTION

Lots 6 and 7 in Block 15 of Bay View, as per Plat Recorded in Volume 2 of Plats, Page 21, Records of Piece County Auditor.

Assessor's Property Tax Parcel Account Number:     2365000420

ORDER TO VACATE THE INTERLOCUTORY SALE
AND TO DISMISS THE FORFEITURE ACTION - 3
(CR06-159RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970